UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| CAMSHAFT CAPITAL MANAGEMENT, LLC, <br><br> Plaintiff, <br><br> v. <br><br> APEX FUND SERVICES (INDIANA), INC.; and APEX FUND AND CUSTODY SERVICES, LLC, <br><br> Defendants. | Case No: 1:24-cv-00713-JRS-MG |

**DECLARATION OF PIETER VAN TOL IN SUPPORT OF CAMSHAFT MANAGEMENT, LLC'S EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTIVE RELIEF**

Pieter Van Tol, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am counsel for Plaintiff Camshaft Capital Management, LLC ("Camshaft Management") in the above-captioned action. I am a partner at the law firm Hogan Lovells US LLP, and I submit this declaration in support of Camshaft Management's emergency motion for a temporary restraining order and preliminary injunctive relief.

2. The purpose of this declaration is to provide documents and facts to the Court that are cited in Camshaft Management's accompanying brief. Below I will refer to the various Apex entities collectively as "Apex."

3. Attached hereto as **Exhibit A** is a true and correct copy of the contract for administration services between Camshaft Capital Fund, LP, Camshaft Management, and Apex Fund Services (Canada) Ltd. dated December 9, 2021.

1

4. Attached hereto as **Exhibit B** is a true and correct copy of the Shadow NAV Services Agreement between Camshaft and Apex Fund and Custody Services LLC ("Apex F & C") dated February 25, 2022.

5. Attached hereto as **Exhibit C** is a true and correct copy of the redacted Amended Complaint (without exhibits) filed in Case No. 24-50013 (JTD) (the "Adversary Proceeding") in the United States Bankruptcy Court for the District of Delaware, which I downloaded from PACER.

6. Attached hereto as **Exhibit D** is a true and correct copy of the Memorandum of Law in Support of Camshaft's Motion to Dismiss the Amended Complaint in the Adversary Proceeding, which I downloaded from PACER.

7. Attached hereto as **Exhibit E** is Appellants' Motion for a Stay Pending Appeal of Contempt Order and Preliminary Injunction in Case No. 24-cv-00358 (MN) in the United States District Court for the District of Delaware, which I downloaded from PACER.

8. Attached hereto as **Exhibit F** is a true and correct copy of Camshaft's Motion to Dismiss Debtors' Chapter 11 Case in Case No. 24-10140 (JTD) in the United States Bankruptcy Court for the District of Delaware, which I downloaded from PACER.

9. Attached hereto as **Exhibit G** is a March 7, 2024 termination notice, informing Camshaft that Apex F & C would no longer act as fund administrator.

10. Attached hereto as **Exhibit H** is a true and correct copy of the Notice of Subpoena regarding subpoenas to be served on Apex Fund Services (Indiana), Inc. (the "Subpoenas") that was filed by the Debtor in the Adversary Proceeding, which I downloaded from PACER.

11. Attached hereto as **Exhibit I** is a true and correct copy of my April 4, 2024 letter to Andrew Macklin at Apex Group Ltd. regarding the Subpoenas.

12. On April 17, 2024, I participated in a phone call with Apex's counsel, in which he stated that Apex would be producing documents on April 26, 2024. On that same call, I asked Apex to reconsider that decision and wait for rulings on outstanding motions to quash the subpoenas.

13. Attached hereto as **Exhibit J** is an April 18, 2024 email from Apex's counsel, in which he informed me that Apex had declined to reconsider its position.

14. Immediate relief is amply warranted here, through the issuance of a temporary restraining order, because otherwise Apex will produce documents on April 26, 2024 in violation of its contractual obligations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 25, 2024

By:  */s/ Pieter Van Tol*
      Pieter Van Tol

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was filed electronically with the Court on April 25, 2024.  Service of this filing will be made on counsel for Defendants APEX FUND SERVICES (INDIANA) and APEX FUND AND CUSTODY SERVICES, LLC. by personal service on the addresses listed below:

- Apex Fund Services (Indiana), Inc.
  420 NW 5th Street
  Evansville, IN 47708

- Apex Fund Services (Indiana), Inc., c/o Corporation Service Company
  135 North Pennsylvania Street, Suite 1610
  Indianapolis, IN 46204

- Apex Fund and Custody LLC
  251 Little Falls Drive,
  Wilmington, Delaware, 19808

/s/ *Ann McCready*
Ann McCready