UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAMSHAFT CAPITAL MANAGEMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00713-JRS-MG |
| | ) | |
| APEX FUND SERVICES (INDIANA), INC., APEX FUND AND CUSTODY SERVICES, LLC, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**MINUTE ENTRY FOR APRIL 25, 2024**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

The parties appeared by counsel for a Telephonic Status Conference. Plaintiff indicates Temporary Restraining Order request is now moot.

Date: 4/30/2024

_Mario Garcia_
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record**